BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
Eastern District of California
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
(916) 554-2700
audrey.hemesath@usdoj.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOSHIE MURATANI,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MONICA TORO, ET AL.,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-1950-JAM DAD<br><br>**JOINT STIPULATION AND ORDER RE: DISMISSAL** |

The parties stipulate to dismissal of this action in its entirety without prejudice, each side to bear its own costs of litigation.

DATED: November 2, 2015

　　　　　　　　　　　　　　　/s/ Audrey B. Hemesath
　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: November 2, 2015　　　/s/ Amy Lenhert
　　　　　　　　　　　　　　　AMY LENHERT, ESQ.
　　　　　　　　　　　　　　　Attorney for Plaintiff

ORDER

Pursuant to the joint stipulation, the case is dismissed without prejudice.

Dated: 11/9/2015                              /s/ John A. Mendez_____
                                              Hon. John A. Mendez
                                              United States District Court Judge